UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J.S., ET AL.,<br><br>    Plaintiffs,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>    Defendant. | 24-CV-01508 (JLR)(RFT)<br><br>**TELEPHONE CONFERENCE ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  This action is scheduled for a Telephone Conference on **Monday, April 8, 2024, at 11:30 AM**, at which time the parties should be prepared to discuss ECF 15. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 693 520 805#.**

  If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED: April 3, 2024
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge