**Law Offices of Irina Roller, PLLC**

| | |
|---|---|
| 40 Wall Street | Telephone (212) 688-1100 |
| New York, New York 10005 | Facsimile (212) 706-9362 |
| | Email: Hearings@RollerEsq.com |

---

> Plaintiffs' request is GRANTED. Plaintiffs' time to file their Amended Complaint is extended to May 15, 2024 with a status letter due on the same date.
>
> The Clerk of Court is respectfully directed to terminate ECF 20.
>
> DATED: April 29, 2024
>     New York, New York
>
> SO ORDERED
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

Magistrate Judge Robyn F. Tarnofsky
United States District Court
500 Pearl Street
New York, NY 10007

Re:   *J.S., et. al. v. New York City Department of Education*
      24-cv-01508 (JLR)(RFT)

Dear Judge Tarnofsky:

   Please be advised that this firm represents the Plaintiffs in the above action. Plaintiffs brought this action seeking attorneys' fees, costs and expenses pursuant to the fee shifting provision of the Individual with Disabilities Education Act, 20 U.S.C. §1400, et. seq. wherein Plaintiffs were successful in the underlying trials.

   Plaintiffs submit this letter motion requesting an extension of time to file their Amended Complaint, from April 30, 2024 to May 15, 2024, if necessary. Defendant DOE authorized payment in connection with Plaintiffs' enforcement claim relating to M.S.'s 2020-21 school year (IH Case no. 199740) on April 15, 2024 and plaintiffs are awaiting receipt of the funds. Plaintiffs also propose the submission of a status letter on May 15, 2024.

   Upon receipt of the funds for IH Case no. 199740, Plaintiffs intend to work with Defendants to settle the remaining items of relief sought in this action, specifically the legal fees in the underlying actions as well as the with action.

   This is Plaintiffs' first request for an extension of time to file their Amended Complaint. Plaintiffs contacted defendant's counsel, Vivian Drohan of Drohan Lee, LLP and Marina Moraru requesting defendant's position on plaintiffs request for an extension of time to file their Amended Complaint on April 26, 204 and again today, however defendant has not indicated if they consent to such request at the time of this filing.

   Accordingly, Plaintiffs respectfully requests that Plaintiffs' time to file their Amended Complaint be extended to May 15, 2024 with a status letter due on the same date.

   Thank you in advance for the Court's consideration.

                            Respectfully submitted,

                            s/_____
                            Irina Roller
                            *Attorneys for the Plaintiff*

cc:   via ecf on *Attorneys for the Defendant*