

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Application GRANTED. The need for time to review the recently produced records constitutes good cause. No further extensions will be granted absent very good cause shown.

DATED: July 16, 2024
    New York, New York

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

July 16, 2024

<u>**VIA ECF**</u>
Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     *Re:*    *J.S. v. N.Y.C. Dep't of Educ.,* 24-cv-1508 (JLR)(RFT)

Dear Magistrate Judge Tarnofsky:

    I am a Special Assistant Corporation Counsel in the Office of Acting Corporation Counsel, Muriel Goode-Trufant, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs, and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

    I write to respectfully request an extension of Defendant's time to respond to the Complaint, from August 20 to September 19, 2024.  Plaintiff consents to this request, and provided the needed billing records, as well as retainer agreements for M.S., <u>today</u>.[1]  On March 13, 2024, the Court granted Defendant's first request for an extension. (ECF 11).  On April 8, 2024, the Court granted Plaintiff's request for leave to file amended complaint to include implementation claims, if necessary, and to adjourn the time to produce settlement demand with billing records. (ECF 19).  After Plaintiff withdrew their request to amend complaint (ECF 22), the Court granted, on May 22, 2024, Defendant's second request for an extension of the time to Answer and to submit a joint status update, noting "no further extensions of these deadlines will be granted absent good cause shown." (ECF 25).

    Defendant respectfully submits that there is good cause.  While this is an IDEA fees-only case and liability appears not to be at issue, without the relevant billing, Defendant was not able to begin its internal settlement review process. Now that Plaintiff provided the needed billing records, Defendant will proceed with this review, which includes review of the underlying administrative record together with the relevant billing records and thereafter present a reasonable early offer of settlement.  We have resolved recent similar IDEA fees-only cases brought by plaintiffs represented by the Roller firm without the need to burden the court with any sort of motion practice or conferences.  The parties are hopeful this matter will be resolved as well.

---

[1]Plaintiff's counsel advised that they cannot currently locate the retainer agreement for R.S.

2

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to September 19, 2024, with a joint status update due that same date either informing the Court that matter has been fully resolved or proposing a briefing schedule.

Thank you for considering these requests.

Respectfully submitted,
*/s/ Marina Moraru*

Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Irina Roller (via ECF)

2